J. Stephen Peek Esq.
Nevada Bar No. 1758
Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Jon T. Pearson, Esq.
Nevada Bar No. 10182
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 222-2603
Fax: (702) 669-4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jtpearson@hollandhart.com

*Counsel for Interpleader-Defendant
and Cross-Defendant Ramasamy Ravindran*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA AGENCY AND TRANSFER COMPANY, a Nevada Corporation,<br><br>    Interpleader-Plaintiff,<br><br>v.<br><br>WEYLAND TECH, INC., a Delaware corporation; RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10,<br><br>    Interpleader–Defendants. | Case No. 3:18-cv-00492-MMD-CBC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE CROSS-COMPLAINT**<br><br>**(First Request)** |
| WEYLAND TECH, INC., a Delaware corporation,<br><br>    Cross-Complainant,<br><br>v.<br><br>RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10,<br><br>    Cross-Defendants. | |

1

Cross-Defendant Ramasamy Ravindran and Cross-Complainant Weyland Tech. Inc. ("Weyland"), through their respective counsel of record, respectfully submit this Stipulation and Order extending the deadline for Mr. Ravindran to answer or otherwise respond to the Cross-Complaint filed by Weyland on November 14, 2018 (this "Stipulation"). This Stipulation is made in accordance with LR IA 6–1, LR IA 6–2, and LR II 7–1. This is the first request for an extension of time to file an answer or otherwise respond to Weyland's Cross-Complaint.

Mr. Ravindran was served with a copy of the Summons and the Cross-Complaint on December 7, 2018. His deadline to respond to the Cross-Complaint is December 28, 2018. Mr. Ravindran, through his counsel of record, requested additional time to prepare a responsive pleading to Weyland's Cross-Complaint. Upon agreement between the parties to this Stipulation, Mr. Ravindran shall have up to and including January 25, 2019 to answer or otherwise plead in response to Weyland's Cross-Complaint.

By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Weyland's Cross-Complaint.

Dated: December 27, 2018.

/s/ Bryce K. Kunimoto
J. Stephen Peek, Esq.
Bryce K. Kunimoto, Esq.
Jon T. Pearson, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Counsel for Interpleader-Defendant
and Cross-Defendant Ramasamy Ravindran*

/s/ R. Michael Ghilezan
David C. O'Mara, Esq.
THE O'MARA LAW FIRM, P.C.
311 East Liberty St.
Reno, NV 89501

-and-

R. Michael Ghilezan, Esq.
GLOBAL LEGAL LAW FIRM
380 Stevens Ave., Suite 311
Solana Beach, CA 92075

*Counsel for Interpleader-Defendant and
Cross-Complainant Weyland Tech, Inc.*

## ORDER

**IT IS SO ORDERED.** Upon agreement between the parties to this Stipulation, Mr. Ravindran shall have up to and including January 25, 2019 to answer or otherwise plead in response to Weyland's Cross-Complaint.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 2, 2019

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134