1  J. Stephen Peek Esq.
   Nevada Bar No. 1758
2  Bryce K. Kunimoto, Esq.
   Nevada Bar No. 7781
3  Jon T. Pearson, Esq.
   Nevada Bar No. 10182
4  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
5  Las Vegas, NV  89134
   Tel: (702) 222-2603
6  Fax: (702) 669-4650
   speek@hollandhart.com
7  bkunimoto@hollandhart.com
   jtpearson@hollandhart.com
8

9  *Counsel for Interpleader-Defendant
   and Cross-Defendant Ramasamy Ravindran*
10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA AGENCY AND TRANSFER COMPANY, a Nevada Corporation,<br><br>    Interpleader-Plaintiff,<br><br>v.<br><br>WEYLAND TECH, INC., a Delaware corporation; RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10,<br><br>    Interpleader–Defendants. | Case No. 3:18-cv-00492-MMD-CBC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT FOR INTERPLEADER**<br><br>**(First Request)** |
| WEYLAND TECH, INC., a Delaware corporation,<br><br>    Cross-Complainant,<br><br>v.<br><br>RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10,<br><br>    Cross-Defendants. | |

1

Interpleader-Defendant Ramasamy Ravindran and Interpleader-Plaintiff Nevada Agency and Transfer Company ("NATCO"), through their respective counsel of record, respectfully submit this Stipulation and Order extending the deadline for Mr. Ravindran to answer or otherwise respond to the Complaint for Interpleader ("Complaint") filed by NATCO on October 18, 2018 (this "Stipulation"). This Stipulation is made in accordance with LR IA 6–1, LR IA 6–2, and LR II 7–1. This is the first request for an extension of time to file an answer or otherwise respond to NATCO's Complaint.

NATCO contends that Mr. Ravindran was served with a copy of the Summons and the Complaint on December 7, 2018, and accordingly his deadline to respond to the Complaint is December 28, 2018. Mr. Ravindran, through his counsel of record, requested additional time to prepare a responsive pleading to NATCO's Complaint. Upon agreement between the parties to this Stipulation, Mr. Ravindran shall have up to and including January 25, 2019 to answer or otherwise plead in response to NATCO's Complaint, including but not limited to filing any Rule 12(b) motions.

By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to NATCO's Complaint.

Dated: December 28, 2018.

| | |
|---|---|
| /s/ *Bryce K. Kunimoto* | /s/ Alexander H. Walker |
| J. Stephen Peek, Esq. | Alexander H. Walker, III, Esq. |
| Bryce K. Kunimoto, Esq. | 50 West Liberty Street, Suite 880 |
| Jon T. Pearson, Esq. | Reno, NV 89501 |
| HOLLAND & HART LLP | |
| 9555 Hillwood Drive, 2nd Floor | |
| Las Vegas, NV 89134 | -and- |
| | |
| *Counsel for Interpleader-Defendant and Cross-Defendant Ramasamy Ravindran* | Clayton P. Brust, Esq. |
| | ROBISON, SHARP, SULLIVAN & BRUST |
| | 71 Washington Street |
| | Reno, NV 89503 |
| | |
| | *Counsel for Interpleader-Plaintiff* |

## ORDER

IT IS SO ORDERED: Upon agreement between the parties to this Stipulation, Mr. Ravindran shall have up to and including January 25, 2019 to answer or otherwise plead in response to NATCO's Complaint, including but not limited to filing any Rule 12(b) motions.

_____
United States District Judge
Dated: January 2, 2019