ALEXANDER H. WALKER III
Nevada State Bar #8712
50 West Liberty Street, Suite 880
Reno, Nevada 89501
Telephone: (801) 363-0100
Email: alex@awalkerlaw.com

CLAY P. BRUST
Nevada State Bar #5234
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Email: cbrust@rssblaw.com
Attorneys for Plaintiff

IN THE UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

NEVADA AGENCY AND TRANSFER COMPANY, a Nevada corporation,

    Interpleader-Plaintiff,

vs.

WEYLAND TECH, INC, , a Delaware corporation; RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and, DOES 1 through 10,

    Interpleader-Defendants.

Case No. 3:18-cv-00492-MMD-CBC

**STIPULATION AND ORDER EXTENDING TIME FOR FILING OF CASE MANAGEMENT REPORT AND RESCHEDULING CASE MANAGEMENT CONFERNCE**

**(First Request)**

    Interpleader-Plaintiff Nevada Agency and Transfer Company ("NATCO"), Interpleader-Defendant Weyland Tech, Inc. and Interpleader-Defendant Ramasamy Ravindran and, through their respective counsel of record, respectfully submit this Stipulation and Order which:

    1. Extends the deadline for the filing of a case management report from January 7, 2019, to February 8, 2019; and,

1

2. Strikes the case management conference scheduled for January 14, 2019, and orders such conference be rescheduled pursuant to the motion required of interpleading plaintiff pursuant to LR 22-1, which motion shall be filed within 30 days of December 26, 2018, the date of counsel for defendant Ravindran's appearance in this matter.

The parties request the Court enter such an order because this matter is an interpleader action and scheduling issues are more effectively and efficiently handled by the interplead defendants whose respective claims ultimately will drive the litigation. One of the interpleader defendants in this matter, defendant Ravindran, only recently obtained counsel and has not had a chance to establish the nature of his claims and defenses as of yet. The parties believe scheduling can be better managed once the claims of each of the defendants are establish.

Also, with regard to the scheduled case management hearing set for January 14, 2019, counsel for plaintiff already had a hearing in another matter scheduled in the State of Utah on that date when the Court set the January 14, 2019 date and time.

This Stipulation is made in accordance with LR IA 6–1, LR IA 6–2, and LR 7–1. This is the first request for an extension of time in connection with the case management report and the case management conference.

Further, defendant Ravindran does not waive any rights, claims or defenses based on personal jurisdiction he may have by entering into this Stipulation.

Dated: January 3, 2019.

/s/ Alexander H. Walker III
Alexander H. Walker III
ALEXANDER H. WALKER III, LLC
50 West Liberty, Suite 880
Reno, Nevada 89501
*Counsel for Interpleader-Plaintiff*

/s/ R. Michael Ghilezan, Esq.
R. Michael Ghilezan, Esq.
GLOBAL LEGAL LAW GROUP
380 Stevens Ave., Suite 311
Solana Beach, CA 92075

| | |
|---|---|
| /s/ Bryce K. Kunimoto, Esq. | -and- |
| Bryce K. Kunimoto, Esq. | |
| J. Stephen Peek, Esq. | |
| Jon T. Pearson, Esq. | |
| HOLLAND & HART LLP | David C. O'Mara, Esq. |
| 9555 Hillwood Drive, 2nd Floor | THE O'MARA LAW FIRM, P.C. |
| Las Vegas, NV 89134 | 311 East Liberty St. |
| *Counsel for Interpleader-Defendant* | Reno, NV 89501 |
| *and Cross-Defendant Ramasamy Ravindran* | *Counsel for Interpleader-Defendant* |
| | *And Cross-Complainant Weyland Tech, Inc.* |

## ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: 1/7/2019

3