1  THE O'MARA LAW FIRM, P.C.
   DAVID C. O'MARA
2  NEVADA BAR NO. 8599
   311 East Liberty St.
3  Reno, Nevada 89501
   Tel.:   (775) 323-1321
4  Email: david@omaralaw.net

5  GLOBAL LEGAL LAW FIRM
   R. MICHAEL GHILEZAN
6  (*Admitted Pro Hac Vice*)
   380 Stevens Ave., Ste. 311
7  Solana Beach, CA 92075
   Tel.:   (888) 846-8901
8  Fax:    (888) 846-8902
   Email: mghilezan@attorneygl.com

*Counsel for Weyland Tech, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA AGENCY AND TRANSFER COMPANY, a Nevada corporation,<br><br>　　　　Interpleader-Plaintiff,<br><br>vs.<br><br>WEYLAND TECH, INC., a Delaware corporation; RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10.<br><br>　　　　Interpleader-Defendants. | Case No. 3:18-cv-00492-MMD-CBC<br><br><br><br>STIPULATION TO EXTEND BRIEFING DEADLINES ON MOTION TO DISMISS (ECF Nos. 26 & 27)<br><br>(FIRST REQUEST) |
| WEYLAND TECH, INC., a Delaware corporation,<br><br>　　　　Cross-Complainants,<br><br>vs.<br><br>RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10,<br><br>　　　　Cross-Defendants. | |

| | |
|---|---|
| 1 | NEVADA AGENCY AND TRANSFER COMPANY, WEYLAND TECH, INC. and |
| 2 | RAMASAMY RAVINDRAN, by and through their respective counsel, stipulate to extend the |
| 3 | deadline for Nevada Agency and Transfer Company and Weyland Tech, Inc., to file responses to |
| 4 | Ramasamy Ravindran's Motion to (I) Dismiss Nevada Agency and Transfer Company's |
| 5 | Complaint For Interpleader, OR (II) Defer to the Litigation Pending in the High Court of |
| 6 | Singapore (ECF No. 26) and Ramasamy Ravindran's Motion to (I) Dismiss Weyland Tech, |
| 7 | Inc.'S Cross-Complaint; OR (II) Defer to the Litigation Pending in the High Court of Singapore |
| 8 | (ECF No. 27) filed on Friday, January 25, 2019. |

Nevada Agency and Transfer Company shall have until Monday, February 25, 2019, to file its response to Ramasay Ravindran's Motion to Dismiss Nevada Agency and Transfer Company's Complaint for Interpleader or Defer to the Litigation Pending in the High Court of Singapore (ECF No. 26).

Weyland Tech Inc. shall have until Monday, February 25, 2019, to file its response to Ramasay's Ravindran's Motion to Dismiss Weyland Tech Inc.'s Cross-Complaint or Defer to the Litigation Pending the High Court of Singapore (ECF. No. 27).

Ramasay Ravindran shall have until March 11, 2019 to file reply briefs in support of his pending motions. (ECF 26 & 27).

This is the first requested extension of these deadlines by stipulation. The parties request these extensions as Weyland Tech's counsel is out of the country for at least two (2) weeks and to ensure sufficient time to fully brief the issues for the Court.

**IT IS SO STIUPULATED**

DATED: February 8, 2019        THE O'MARA LAW FIRM, P.C.

    /s/ David C. O'Mara
DAVID C. O'MARA, ESQ
311 East Liberty St.
Reno, Nevada 89501
Tel.:    (775) 323-1321
Fax:    (775) 323-4082

*Counsel for Weyland Tech, Inc.*

*[additional counsel on following page]*

GLOBAL LEGAL LAW FIRM
R. Michael Ghilezan, Esq.
380 Stevens Ave., Ste. 311
Solana Beach, CA 92075
Tel.:   (888) 846-8901
Fax:   (888) 846-8902
mghilezan@attorneygl.com

*Counsel for Weyland Tech, Inc.*

DATED:  February 8, 2019          HOLLAND AND HART, LLP.

                                  _____/s/ Jon T. Pearson_____
                                  BRYCE KUNIMOTO

J. Stephen Peek
Jon T. Pearson
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89431

*Attorneys for Ramasay Ravindran*

DATED:  February 8, 2019          ROBISON, SHARP, SULLIVAN & BRUST

                                  _____/s/ Alexander Walker_____
                                  CLAY P. BRUST

71 Washington Street
Reno, Nevada 89503
Tel.:   (775) 329-3151
Email: cbrust@rssblaw.com

ALEXANDER H. WALKER III
0 West Liberty Street, Suite 880
Reno, Nevada 89501

*Attorneys for NATCO*

**ORDER GRANTING STIPLATION TO EXTEND TIME TO RESPONDE TO MOTIONS TO DISMISS (ECF NO. 26 & 27)**

**IT IS SO ORDERED**

DATED: February  11 , 2019

_____
UNITED STATES DISTRICT JUDGE