J. Stephen Peek
Nevada Bar No. 1758
Bryce K. Kunimoto
Nevada Bar No. 7781
Jon T. Pearson
Nevada Bar No. 10182
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Counsel for Interpleader-Defendant and
Cross-Defendant Ramasamy Ravindran*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA AGENCY AND TRANSFER COMPANY, a Nevada Corporation,<br><br>    Interpleader-Plaintiff,<br><br>v.<br><br>WEYLAND TECH, INC., a Delaware corporation; RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10,<br><br>    Interpleader–Defendants. | Case No. 3:18-cv-00492-MMD-CBC<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES ON MOTIONS TO DISMISS FILED BY RAMASAMY RAVINDRAN (ECF 26 & 27)**<br><br>**(Second Request)** |
| WEYLAND TECH, INC., a Delaware corporation,<br><br>    Cross-Complainant,<br><br>v.<br><br>RAMASAMY RAVINDRAN, an individual and a citizen of the nation of the Republic of Singapore; and DOES 1 through 10,<br><br>    Cross-Defendants. | |

   Interpleader-plaintiff Nevada Agency and Transfer Company ("NATCO"), interpleader-defendant and cross-complainant Weyland Tech, Inc. ("Weyland"), and interpleader-defendant and cross-defendant Ramasamy Ravindran ("Ravindran" and, together with NATCO and Weyland, the "Parties") stipulate and agree as follows:

1. On January 25, 2019, Ravindran filed a Motion to (I) Dismiss Nevada Agency and Transfer Company's Complaint For Interpleader, or (II) Defer to the Litigation Pending in the High Court of Singapore ("Motion to Dismiss Interpleader Complaint"),[1] and a Motion to (I) Dismiss Weyland Tech, Inc.'s Cross-Complaint, or (II) Defer to the Litigation Pending in the High Court of Singapore ("Motion to Dismiss Cross-Complaint" and, together with the Motion to Dismiss Interpleader Complaint, the "Motions).[2]

2. On February 11, 2019, the Court approved the Parties' first request to extend the briefing deadlines on the Motions.[3] The briefing deadlines were extended because Weyland's counsel was going to be out of the country for at least two weeks and to ensure sufficient time for Weyland and NATCO to brief the issues for the Court.[4]

3. Since entry of this Court's order approving the initial request to extend the briefing deadlines, the Parties have had ongoing settlement discussions in an effort to globally settle this case and the matters pending in Singapore. The Parties are happy to report that they are close to reaching an agreement that will globally resolve their disputes, including this matter. They have been diligently working on memorializing an agreement and hope to have everything finalized within the next three weeks. Rather than incur the cost of briefing the Motions, the Parties felt it was best for them to remain focused on finalizing the terms of the settlement.

4. The Parties have thus agreed that:

    a. NATCO shall have until **Monday, March 18, 2019**, to file its response to the Motion to Dismiss Interpleader Complaint;

    b. Weyland shall have until **Monday, March 18, 2019**, to file its response to the Motion to Dismiss Cross-Complaint; and

    c. Ravindran shall have until **Monday, April 1, 2019**, to file his reply briefs in further support of the Motions.

---

[1] ECF 26.
[2] ECF 27.
[3] ECF 33.
[4] *Id.* at 2:18–20.

5. In accordance with LR IA 6–1, this is the second request by the Parties to extend the briefing deadlines for the Motions. This request is made with good cause and in good faith and not for purposes of delay. Rather, the three-week extension is meant to allow the Parties to hopefully finalize the terms and documentation of a global settlement.

**IT IS SO STIPULATED.**

Dated: February 22, 2019.

| | |
|---|---|
| /s/ *Alexander H. Walker, IIII* <br> Alexander H. Walker, III <br> 50 West Liberty Street, Suite 880 <br> Reno, NV 89501 <br><br> -and- <br><br> Clayton P. Brust <br> ROBISON, SHARP, SULLIVAN & BRUST <br> 71 Washington Street <br> Reno, NV 89503 <br><br> *Counsel for Interpleader-Plaintiff* | /s/ *Jon T. Pearson* <br> J. Stephen Peek <br> Nevada Bar No. 1758 <br> Bryce K. Kunimoto <br> Nevada Bar No. 7781 <br> Jon T. Pearson <br> Nevada Bar No. 10182 <br> HOLLAND & HART LLP <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br><br> *Counsel for Interpleader-Defendant and Cross-Defendant Ramasamy Ravindran* |

/s/ *David C. O'Mara*
David C. O'Mara
THE O'MARA LAW FIRM, P.C.
311 East Liberty St.
Reno, NV 89501

-and-

R. Michael Ghilezan
GLOBAL LEGAL LAW FIRM
380 Stevens Ave., Suite 311
Solana Beach, CA 92075

*Counsel for Interpleader-Defendant and Cross-Complainant Weyland Tech, Inc.*

**IT IS SO ORDERED**.

_____
United States District Court Judge

Dated: March 4, 2019

3

# CERTIFICATE OF SERVICE

I certify that on February 22, 2019, a copy of the foregoing **STIPULATION TO EXTEND BRIEFING DEADLINES ON MOTIONS TO DISMISS FILED BY RAMASAMY RAVINDRAN (ECF 26 & 27) (Second Request)** was served on counsel through the Court's electronic service system:

Alexander H. Walker, III
50 West Liberty Street, Suite 880
Reno, NV 89501
alex@awalkerlaw.com

-and-

Clayton P. Brust
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, NV 89503

*Counsel for Interpleader-Defendant and Cross-Defendant Ramasamy Ravindran*

David C. O'Mara
THE O'MARA LAW FIRM, P.C.
311 East Liberty St.
Reno, NV 89501
david@omaralaw.net

-and-

R. Michael Ghilezan
GLOBAL LEGAL LAW FIRM
380 Stevens Ave., Suite 311
Solana Beach, CA 92075
mghilezan@attorneygl.com

*Counsel for Interpleader-Defendant and Cross-Complainant Weyland Tech, Inc.*

/s/ *Joyce E. Heilich*
An employee of Holland & Hart LLP