UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEVADA AGENCY AND TRANSFER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WEYLAND TECH, INC. *et al.*,<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No. 3:18-cv-00492-MMD-CBC<br><br>ORDER |

Plaintiff Nevada Agency and Transfer Company initiated this case to force a resolution of a dispute between Defendants Weyland Tech, Inc. and Ramasamy Ravindran as to whether Ravindran is the rightful owner of some shares of Weyland's stock. (ECF No. 1.) Before the Court are Ravindran's motions to dismiss Plaintiff's claims, and Weyland's cross claims, against him on jurisdictional grounds. (ECF Nos 26, 27.) Despite the Court granting them an extension of time to respond to these motions to dismiss (ECF No. 38), neither Plaintiff nor Weyland timely responded. "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d).

It is therefore ordered that Ravindran's motions to dismiss (ECF No. 26, 27) are granted.

It is further ordered that this case is dismissed without prejudice in its entirety.

The Clerk of Court is directed to close this case.

DATED THIS 26th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE